Richard AVERSA, Defendant
Below, Appellant,

v.

STATE of Delaware, Plaintiff
Below, Appellee.

No. 31, 2017

Supreme Court of Delaware.

Submitted: September 25, 2017
Decided: October 4, 2017
Rehearing En Banc Denied
October 23, 2017

Court Below—Superior Court of the State of Delaware, Cr. ID No. 1601003130 (K)

DISMISSED. Denied.

Samantha PRICE,[1] Respondent
Below–Appellant,

v.

DIVISION OF FAMILY SERVICES,
Petitioner Below–Appellee.

No. 497, 2016

Supreme Court of Delaware.

Submitted: August 18, 2017
Decided: October 6, 2017

Court Below—Family Court of the State of Delaware, File No. CS09–03588, Petition No. 16–15944

AFFIRMED.

Michael JONES, Defendant
Below, Appellant,

v.

STATE of Delaware, Plaintiff
Below, Appellee.

No. 25, 2017

Supreme Court of Delaware.

Submitted: October 4, 2017
Decided: October 10, 2017

Court Below—Superior Court of the State of Delaware, Cr. ID No. 9911016309 (N)

AFFIRMED.

Adrin SMACK, Defendant–
Below, Appellant,

v.

STATE of Delaware, Plaintiff–
Below, Appellee.

No. 601, 2016

Supreme Court of Delaware.

Submitted: September 27, 2017
Decided: October 11, 2017

Court Below: Superior Court of the State of Delaware, Cr. ID. No. 1505015401

AFFIRMED.

---

1. The Court previously assigned a pseudonym to the appellant under Supreme Court Rule 7(d). The Court also uses pseudonyms for the children throughout this Order.